# Court of Appeals
# of the State of Georgia

ATLANTA, January 28, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0137. COURTNEY v. LYLES, JUDGE et al.

Petitioner has filed a pro se emergency motion and petition for mandamus requesting that this Court stay a hearing in the Superior Court of Paulding County scheduled for today, January 28, 2026, as well as various other relief. The emergency motion and petition are hereby DENIED. See Court of Appeals Rule 40(b), 40(c); OCGA § 9-6-20 ("the writ of mandamus may issue to compel a due performance if there is no other specific legal remedy for the legal rights"); *Arnold v. Alexander*, 321 Ga. 330, 335(1) (914 SE2d 311) (2025) (explaining that the Court of Appeals is authorized by the state constitution "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction[,] or to protect or effectuate appellate court judgments").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/28/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*